IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TROY ALLEN BARNES,
    Plaintiff,

vs.                                Case No.: 5:14cv48/RS/EMT

JUDGE WILLIAM WRIGHT, et al.,
    Defendants.
_____/

**REPORT AND RECOMMENDATION**

    This matter is before the court on Plaintiff's "Motion Petition for Voluntary Dismissal [sic]," without prejudice, of the instant civil rights case filed pursuant to 42 U.S.C. § 1983 (doc. 10).

    Rule 41(a)(1)(A)(i) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves an answer or files a motion for summary judgment.  Because Defendants have not yet been served in the instant case, it is clear that Plaintiff is automatically entitled to a voluntary dismissal at this time.

    Accordingly, it is respectfully **RECOMMENDED**:

    That Plaintiff's "Motion Petition for Voluntary Dismissal [sic]" (doc. 10) be **GRANTED** and this case be **DISMISSED without prejudice**.

    At Pensacola, Florida, this 19th day of March 2014.

                                          /s/ *Elizabeth M. Timothy*
                                          **ELIZABETH M. TIMOTHY**
                                          **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

    **Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only.**  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).