# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**TROY ALLEN BARNES,**

    **Plaintiff,**

**v.**                                **CASE NO. 5:14-cv-48-RS-EMT**

**JUDGE WILLIAM WRIGHT, et al.,**

    **Defendants.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 11). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's "Motion Petition for Voluntary Dismissal" (Doc. 10) is **GRANTED**, and the case is **DISMISSED without prejudice**.

3. The Clerk is directed to close the case.

**ORDERED** on April 18, 2014.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**